■ ADAM R. STEARNS et al., Appellants, v IRENE O'BRIEN, Respondent. (Appeal No. 1.) [942 NYS2d 851]—Appeal from an order of the Supreme Court, Ontario County (Craig J. Doran, A.J.),

entered January 21, 2011 in a personal injury action. The order denied the motion of plaintiffs to set aside the verdict.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Scudder, P.J., Fahey, Lindley and Martoche, JJ.